## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 07-cv-01938-REB-BNB

GAIL JENSEN,

    Plaintiff,

v.

FAMFIRST HOME BUILDERS, INC., a Colorado corporation,
RIDEMORE ENTERPRISES, INC., a Colorado corporation,
JOEL A. MAHNKE,
GRAND JUNCTION LINCOLN DEVORE, a Colorado corporation, and
EDWARD M. MORRIS,

    Defendants.

## ORDER OF DISMISSAL AS TO
## DEFENDANTS GRAND JUNCTION LINCOLN DEVORE AND EDWARD M. MORRIS

**Blackburn, J.**

The matter comes before the court on the **Notice of Dismissal** [#11], filed October 30, 2007. After careful review of the notice and the file, the court has concluded that the notice should be approved and that plaintiff's claims against defendants, Grand Junction Lincoln Devore and Edward M. Morris should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal** [#11], filed October 30, 2007, is **APPROVED**;

2. That plaintiff's claims against defendants, Grand Junction Lincoln Devore and Edward M. Morris, are **DISMISSED**; and

3. That defendants, Grand Junction Lincoln Devore and Edward M. Morris, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated October 31, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**