IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  07-cv-01938-REB-BNB | Date: November 19, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

GAIL JENSEN,                                                           Devi Yorty

      Plaintiff and Counter Defendant,

v.

FAMFIRST HOME BUILDERS, INC.,                       Christopher McAnany
a Colorado corporation
RIDEMORE ENTERPRISES, INC.,
a Colorado corporation
JOEL A. MAHNKE,

      Defendants and Counter Claimants.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE AND MOTIONS HEARING**

Court in Session:        8:37 a.m.

Appearances of counsel.

Court's opening remarks.

Deadline for joinder of parties and amendment of pleadings is: **January 4, 2008**

Discovery cut-off  is: **May 19, 2008**

The dispositive motion deadline is: **June 19, 2008**

The parties shall designate all experts no later than: **March 19, 2008**

The parties shall designate all rebuttal experts no later than: **April 18, 2008**

Interrogatories and request for production of documents shall be served such that responses are due by the discovery cut off.

Settlement Conference will be held on **March 3, 2008 at 1:30**

> Attorneys and client representatives with authority to settle must be present. (Note: this requirement is not fulfilled by the presence of counsel. If any insurance company is involved, an adjuster authorized to enter into settlement must also be present.)

Each party shall submit a Confidential Settlement Statement to the Magistrate Judge on or before **February 25, 2008** outlining the facts and issues in the case and the party's settlement position. Counsel shall call Chambers if they feel the settlement conference is premature, or would not be meaningful. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Pretrial Conference shall be held **August 18, 2008 at 10:00 a.m.** in Courtroom A-401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A proposed Pretrial Order shall be submitted on or before **August 11, 2008**.

**7 day jury trial set for December 8, 2008 at 8:30 a.m.**

**Trial Preparation Conference set for November 25, 2008 at 9:30 a.m.**

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Argument presented regarding plaintiff's motion to amend complaint filed November 6, 2007.

**ORDERED:   Plaintiff's motion to amend complaint filed November 6, 2007; #14 is granted as stated on the record.**

Court in Recess:      9:01 a.m.      Hearing concluded.

Total time in Court:   00:24