IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01938-REB-BNB

GAIL JENSEN,

Plaintiff,

v.

FAMFIRST HOME BUILDERS, INC., a Colorado corporation,
RIDEMORE ENTERPRISES, INC., a Colorado corporation, and
JOEL A. MAHNKE,

Defendants.
_____

## ORDER
_____

This matter is before me on the plaintiff's **Motion to Amend Complaint** [Doc. # 14, filed 11/6/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint and Jury Demand [Doc. # 14-2]. The defendants shall respond to the Amended Complaint on or before **December 10, 2007**.

Dated November 19, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge