IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01938-REB-BNB

GAIL JENSEN,

Plaintiff,

v.

FAMFIRST HOME BUILDERS, INC., a Colorado corporation,
RIDEMORE ENTERPRISES, INC., a Colorado corporation, and
JOEL A. MAHNKE,

Defendants.
_____

## ORDER
_____

This matter is before me on the plaintiff's **Motion to Stay Pending Bankruptcy Proceedings** [Doc. # 28, filed 1/9/2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The case is stayed pending plaintiff's bankruptcy proceeding.

IT IS FURTHER ORDERED that the plaintiff shall file a status report within ten days of any order resolving the bankruptcy proceeding.

Dated January 11, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge