IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01938-REB-BNB

GAIL JENSEN,

    Plaintiff,

v.

FAMFIRST HOME BUILDERS, INC., a Colorado corporation,
RIDEMORE ENTERPRISES, INC., a Colorado corporation, and
JOEL A. MAHNKE,

    Defendants.

## ORDER FOR ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    This matter is before me *sua sponte*. Because of the plaintiff's pending bankruptcy, which has resulted in the entry of an order [#30] granting her motion to stay this action [#28], I conclude that the action should be closed administratively under D.C.COLO.LCivR 41.2.

    **THEREFORE, IT IS ORDERED** that the clerk of the court is **DIRECTED** to close this civil action administratively subject to reopening for good cause.

    Dated January 15, 2008, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**