IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-01938-REB-BNB

GAIL JENSEN,

    Plaintiff,

v.

FAMFIRST HOME BUILDERS, INC., a Colorado corporation,
RIDEMORE ENTERPRISES, INC., a Colorado corporation, and
JOEL A. MAHNKE,

    Defendants.

## ORDER REOPENING CASE

**Blackburn, J.**

This matter is before me on the plaintiff's **Motion To Reopen Case** [#34], filed May 23, 2008. I grant the motion.

On January 15, 2008, I entered an order [#31] closing this case administratively because of the plaintiff's pending bankruptcy petition. The plaintiff's bankruptcy has been resolved, and the bankruptcy court has authorized the plaintiff to continue prosecution of this action. These circumstances constitute good cause to reopen this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Motion To Reopen Case** [#34], filed May 23, 2008, is **GRANTED**;

2. That this case is **REOPENED**; and

3. That my extant **Order of Reference to United States Magistrate Judge** [#2], entered September 17, 2007, shall **REMAIN IN FULL FORCE AND EFFECT**.

Dated May 30, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**