IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01938-REB-BNB

GAIL JENSEN, Plaintiff,

v.

FAMFIRST HOME BUILDERS, INC., a Colorado corporation;
RIDEMORE ENTERPRISES, INC., a Colorado corporation;
JOEL MAHNKE;
GRAND JUNCTION LINCOLN DEVORE, a Colorado corporation;
EDWARD M. MORRIS, Defendants.

_____

**ORDER APPROVING STIPULATED MOTION TO WITHDRAW PLAINTIFF'S
MOTION TO COMPEL AND STIPULATION FOR PROTECTIVE ORDER**
_____

This matter is before me on the following:

(1)     Plaintiff's **Motion to Compel** [Doc. # 51, filed 10/27/2008]; and

(2)     **Stipulated Motion to Withdraw Plaintiff's Motion to Compel and Stipulation for Protective Order** [Doc. # 61, filed 11/17/2008] (the "Stipulated Motion").

IT IS ORDERED that the Stipulated Motion [Doc. # 61] is GRANTED and made an order of the Court.

IT IS ORDERED that the Motion to Compel [Docket # 51] is DENIED as withdrawn.

IT IS FURTHER ORDERED that the hearing on the Motion to Compel set for November 24, 2008, is VACATED.

1

Dated November 18, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge