IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01938-REB-BNB

GAIL JENSEN,

    Plaintiff,

vs.

FAMFIRST HOME BUILDERS, INC., a Colorado corporation;
RIDEMORE ENTERPRISES, INC., a Colorado corporation;
JOEL A. MAHNKE;
GRAND JUNCTION LINCOLN DEVORE, a Colorado corporation; and
EDWARD M. MORRIS;

    Defendants.

## INITIAL LIST OF DEFECTS

    Plaintiff, Gail Jensen, by and through her counsel, The Nelson Law Firm, LLC, hereby submits her Initial List of Defects pursuant to C.R.S. §13-20-803, as follows:

    All construction defects referenced in Plaintiff's Fed. R. Civ. P. 26(a)(2) Expert Disclosure dated December 8, 2008 (**Exhibit 1**), Peter Marxhausen's reports dated September 10, 2007 and November 18, 2008 (**Exhibits 2 & 3**, respectively), and Jon L. Wagener's report dated November 24, 2008 (**Exhibit 4**) all of which are incorporated herein by reference.

    Plaintiffs' investigation of the existence and cause of defects within their home continues. Pursuant to C.R.S. §13-20-803(3), plaintiffs reserve the right to amend this Initial List of Defects.

DATED this 15th day of December, 2008.

Respectfully submitted,

s/Mark W. Nelson
Mark W. Nelson
The Nelson Law Firm, LLC
1722 Humboldt Street
Denver, CO 80218
Tel: 303-861-0750
Fax: 303-861-0751
mark@nelsonlawfirm.net

-and-

Devi Yorty, Esq.
Hall & Evans, LLC
1125 - 17th Street, Suite 600
Denver, Colorado 80202

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of December, 2008, I filed and served the foregoing **INITIAL LIST OF DEFECTS** via ECF on the following:

Christopher McAnany, Esq.
Dufford, Waldeck, Milburn & Krohn, LLP
744 Horizon Court, #300
Grand Junction, CO 81506
mcanany@dwmk.com
*Attorneys for Defendants FamFirst Homebuilders, Inc., Ridemore Enterprises, Inc. and Joel Mahnke*

s/Emily J. Gallegos