# Higgins & Associates, Inc.
*Forensic Engineering Consultants*

November 18, 2008

16474 Willow Wood Court
Morrison, CO  80465
(303) 972-4300
Fax (303) 972-1134

Mark Nelson, Esq.
The Nelson Law Firm, LLC
1722 Humboldt Street
Denver, CO 80218

Mr. Jon Wagener
Palace Construction
7 South Galapago Street
Denver, CO 80223

Re:   Structural Evaluation
      Second Supplemental Report
      Jensen Property
      2950 Great Plains Drive
      Grand Junction, Colorado 81503
      Our Job No.: 2737.07

Dear Mr. Nelson:

At your request we reviewed several documents pertaining to the construction of the Jensen property located at 2950 Great Plains Drive, Grand Junction, Colorado.  The purpose of our document review was to determine what repairs are required to address the construction defects previously outlined by our office in our September 10, 2007 report.

Documents Reviewed

The following additional documents were provided to our office:

1.   White Water Building Materials Invoice Numbers 86489 and 86641 for the foundation concrete at the Jensen property dated July 2007

2.   Defendant Famfirst Homebuilders, Inc., Ridemore Enterprises, Inc., and Joel Mahnke's Fourth Supplemental Disclosures with attached purchase orders and work orders

3.   Final Geologic Review and Soils Engineering Report Red Tail Ridges Filing 2 prepared by Capstone Enterprises West, LLC dated July 14, 2006

4.   Deposition of Joel A. Mahnke dated September 30, 2008



EXHIBIT 2

Findings

Our initial report dated September 10, 2007, outlined 38 construction defect issues associated with the home. As stated in our initial report:

> "Presently, additional information is required regarding the subsurface geotechnical conditions to develop a complete set of drawings and specifications for the repair of the home."

It is our understanding that Colorado Engineering & Geotechnical Group, Inc. recently conducted an analysis of the soils beneath the home and determined the soils have a swell potential of 2 to 6 percent. In general, mitigation of expansive soil must be performed at home construction sites where the soil is identified as having a swell potential of 1 or more percent. According to the 2000 International Building Code, Section 1805, Footings and Foundations:

> "1805.8 Design for expansive soils. Footings or foundations for buildings and structures founded on expansive soils shall be designed in accordance with Section 1805.8.1 or 1805.8.2.

> "Footing or foundation design need not comply with Section 1805.8.1 or 1805.8.2 where the soil is removed in accordance with Section 1805.8.3, nor where the building official approves stabilization of the soil in accordance with Section 1805.8.4.

>> "1805.8.1 Foundations. Footings or foundations placed on or within the active zone of expansive soils shall be designed to resist differential volume changes and to prevent structural damage to the supported structure. Deflection and racking of the supported structure shall be limited to that which will not interfere with the usability and serviceability of the structure. Foundations placed below where volume change occurs or below expansive soil shall comply with the following provisions:

>>> "1. Foundations extending into or penetrating expansive soils shall be designed to prevent uplift of the supported structure.

>>> "2. Foundations penetrating expansive soils shall be designed to resist forces exerted on the foundation due to soil volume changes or shall be isolated from the expansive soil."

"1805.8.3 Removal of expansive soil. Where expansive soil is removed in lieu of designing footings or foundations in accordance with Section 1805.8.1 or 1805.8.2, the soil shall be removed to a depth sufficient to ensure a constant moisture content in the remaining soil. Fill material shall not contain expansive soils and shall comply with Section 1803.4.

> "Exception: Expansive soil need not be removed to the depth of constant moisture, provided the confining pressure in the expansive soil created by the fill and supported structure exceeds the swell pressure.

"1805.8.4 Stabilization. Where the active zone of expansive soils is stabilized in lieu of designing footings or foundations in accordance with Section 1805.8.1 or 1805.8.2, the soil shall be stabilized by chemical, dewatering, presaturation or equivalent techniques."

Homes built on expansive soils are typically constructed with drilled piers or on structural fill, neither of which were implemented at this property. It is therefore our opinion the Jensen property is not designed or constructed to resist differential volume changes and to prevent structural damage to the supported structure.

Based upon several design and construction deficiencies associated with the foundation we recommend the home be removed from the foundation and a new foundation installed that is support by drilled piers. Once the new foundation is installed the home should be placed on the new foundation. Based upon the swell potential of 2 to 6 percent, a structural basement floor is required to prevent future damage of the basement slab due to swell of the expansive clay materials. The basis for our recommendation to use a structural floor is our experience with expansive clay soils and the guidelines published by the Colorado Association of Geotechnical Engineers (CAGE). A copy of the Guideline table pertaining to slab performance risks has been included under Exhibit 2

It was beyond our scope of work to develop a complete foundation design; however, a preliminary pier location plan and typical foundation wall detail has been included under Exhibit 1. It was also beyond our scope of work to fully design a structural floor for the Jensen property; however, structural floors that we have designed under similar circumstances have included the following:

   a. Excavation of approximately 30 inches of soil below the slab surface

   b. Installation of 8 to 12 isolated interior concrete to support the new steel beams

    c. Installation of an interior perimeter drain with two spider drains, a sump pit, and a sump pump.

    d. Installation of a plastic vapor retarder and crawl space ventilation.

    e. Installation of the below-slab plumbing lines

    f. Installation of new W8 by 21 girders spaced at 10 feet center to center

    g. Installation of new TSS4 by 4 bypass girts at 6 feet center to center

    h. Installation of a new 5-inch thick concrete structural slab over corrugated metal decking

Based upon the site specific geotechnical information for the Jensen property we have revised our recommendations outlines in our September 10, 2007 report to reflect the updated scope of work, which includes replacement of the foundation system with concrete grade beams supported by cast-in-place concrete drilled piers.

## 1. Deficient grading

*Recommendation:* We still recommend the lot be regraded to comply with the building code and the geotechnical report. We also recommend the erosion channels be repaired by the builder. This work should be completed after the home is reset on the foundation.

## 2. Blocked exterior drainage

*Recommendation:* We still recommend a chase be installed in the front walkway that is oriented perpendicular to the foundation wall to convey roof drainage to the front yard. We further recommend a chase be installed in the front driveway to allow for unimpeded drainage from the swale to the southeast corner of the lot. Once at the east side of the driveway a swale will need to be cut into the grading to prevent surface drainage from flowing toward the neighbor's foundation. We recommend that the site drainage plans be reviewed to determine the size of the chases and where the swales were to be terminated. Both chases should be constructed with a removable cover rated for vehicle loading and pedestrian traffic.

## 3. Missing foundation pad at front porch

*Recommendation:* This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 4. Improper isolation of garage brick veneer and garage door jambs

*Recommendation:* Replacement of the foundation beneath the home will require that the brick veneer be removed and replaced. This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 5. EIFS Defects

*Recommendation:* We recommend the deficiencies listed in our September 10, 2007 report be addressed/repaired; however, to develop specific repair recommendations we request that the EIFS manufacturer be identified. Should the owner request, Higgins & Associates can perform intrusive testing to investigate the method of EIFS installation including concealed flashings.

### 6. Improper slope of the brick rowlock and metal flashing

*Recommendation:* Replacement of the foundation beneath the home will require that the brick veneer be removed and replaced. This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 7. South-facing window not sealed to brick

*Recommendation:* Replacement of the foundation beneath the home will require that the brick veneer be removed and replaced. This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 8. Missing gable vent

*Recommendation:* We recommend a functional gable vent be installed on the south-facing attic gable wall above the overhead garage doors.

### 9. Improper slope of foundation footing flashing

*Recommendation:* This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 10. Broken fence gate

*Recommendation:* This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site since the side fences will have to be torn down to move the house.

### 11. Exposed basement window nailing flange

*Recommendation:* This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 12. Wooden deck support columns improperly supported

*Recommendation:* Replacement of the foundation beneath the home will require that the rear wooden deck veneer be removed and replaced. This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 13. Erosion beneath the rear basement patio slab

*Recommendation:* Replacement of the foundation beneath the home will require that the rear patio be removed and replaced. This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 14. Inadequate bolting of the wooden deck ledger

*Recommendation:* Replacement of the foundation beneath the home will require that the rear wooden deck veneer be removed and replaced. This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 15. Unsloped garage slab

*Recommendation:* Replacement of the foundation beneath the home will require that the garage slab be removed and replaced. This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 16. The underside of the basement stairs is not protected with gypsum wallboard

*Recommendation:* Replacement of the foundation beneath the home will require that the basement stairway be removed and replaced. This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 17. Load-bearing wall removed in basement

*Recommendation:* We recommend a new 8-inch deep steel beam be installed along the former load-bearing wall to structurally support the first floor joists. The east end of the new steel beam can be bolted to the face of the foundation wall. The south end of the new steel beam should be supported by a new column and foundation element. The installation of the new steel beam should be incorporated into the new foundation plan.

### 18. Missing joist cantilever blocking

*Recommendation:* We recommend the required BCI 450 twist/freeze blocking be installed at the south framing cantilever.

### 19. Missing wooden nailer on first floor framing steel beam

*Recommendation:* A new wooden nailer should be fastened to the steel beam with powder-actuated fasteners spaced at 16 inches center to center. The joists should be fastened to the new nailer per the manufacturer's recommendations after the beam is reinstalled. The installation of the wood nailer should be performed prior to setting the home on the new foundation.

### 20. Improperly cut first floor joists

*Recommendation:* We still recommend a header be constructed to structurally support the cut end of the first floor framing. The installation of a header will require rerouting of mechanical ducts.

### 21. Beam pockets not grouted

*Recommendation:* This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site. The beam pockets should be grouted after setting the home on the new foundation.

### 22. Improper basement wood support columns

*Recommendation:* We still recommend the wooden columns be replaced with new adjustable steel columns that are structurally fastened to the foundation and to the steel beam. This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 23. Missing foundation perimeter drain and sump pit

*Recommendation:* We still recommend a new foundation perimeter drain be installed around the perimeter of the basement and garage foundation walls. The construction should be commensurate with the geotechnical report recommendations and Section R405.1 of the 2000 IRC/2006IRC. The new drain should terminate at a new sump pit with a pump, which discharges to the exterior.

### 24. Earth and wood separation not maintained at basement window wells

*Recommendation:* Replacement of the foundation beneath the home will require that the basement windows and wells be removed and replaced. This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 25. Improperly constructed basement float joint

*Recommendation:* The construction of structural basement floor will eliminate the need to provide a float joint.

### 26. Inadequate vertical and horizontal foundation steel

*Recommendation:* Replacement of the foundation beneath the home will require that the basement walls be reconstructed with new reinforcement. This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 27. Missing basement insulation

*Recommendation:* We still recommend the basement foundation walls be insulated with R-19 fiberglass blankets.

### 28. Misplaced basement floor slab elevation

*Recommendation:* This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site and a structural basement floor.

### 29. Lateral support not provided at the top edge of the east and west basement walls

*Recommendation:* This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site. We anticipate specifying counterforts to laterally support the foundation walls.

### 30. Concrete and rebar type unknown

*Additional Findings:* Our review of the concrete batch plant receipts did not reveal that a Type II, Type I-II, or Type II-V, type of concrete was used at the Jensen property to provide the required sulfate resistance recommended by the February 20, 2003 Lincoln DeVore report.

*Recommendation:* This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 31. Missing plastic vapor retarder below slab

*Recommendation:* This issue will be resolved by the construction of a structural floor.

### 32. Missing sewer ejector plumbing vent stack

*Recommendation:* In the event our future site visit confirms a vent stack was not installed, we recommend a plumbing vent be installed that serves the basement sewer ejection pit.

### 33. Structurally inadequate isolated pads in basement

*Recommendation:* This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 34. Structurally inadequate north foundation wall

*Recommendation:* This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 35. Incompatible garage foundation

*Recommendation:* This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 36. Improperly installed foundation anchor bolts

*Recommendation:* This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 37. Inappropriate foundation type

*Recommendation:* This issue will be resolved by the construction of a new foundation system that is suited for the type of soils present at the site.

### 38. Foundation not designed by a Colorado licensed structural engineer

*Additional Findings:* According to page 33 of Mr. Joel Mahnke's deposition, the structural plans for the Jensen property were required by the Mesa County Building Department to be prepared by a licensed professional engineer. As previously discussed, the individual who stamped the structural plans for the Jensen property was not a Colorado licensed professional engineer.

*Recommendation:* We still recommend the original design of the home be analyzed for vertical and lateral load path to determine if any additional structural deficiencies exist. It was beyond our scope of work to perform a complete structural analysis of the home; however, Higgins & Associates can perform that service.

To conduct a vertical and lateral load analysis of the home, develop the foundation replacement drawings, and perform construction inspections additional work will be required by a structural and geotechnical engineer. We recommend the owner budget approximately $15,000 for structural engineering expenses and $4,000 for geotechnical engineering expenses associated with this work.

We recommend the home be moved by an experienced professional building mover. It should be noted that we do not object to temporarily supporting the home in the air while the foundation is replaced; however, it is our experience that on tight construction lots a drilled pier foundation systems can not be installed if the home is positioned overhead.

Summary and Conclusion

We re-affirm our opinion, based upon a reasonable degree of engineering probability, there are several defects in the design and/or construction of the Jensen property. Some of the defects have resulted in distress to the interior and exterior of the home. Several repairs are required to address the distress and deficiencies observed. It is our opinion the constructed home is below the standard of care for builders in Colorado. It is typically our preference to attempt to repair a foundation in place; however, the numerous significant deficiencies make complete foundation replacement the most reasonable option in this case. This report cannot and does not serve as an expressed or implied guarantee or warranty for the home nor is it an exhaustive evaluation of the structure.

We trust this report is self-explanatory; however, should you have any questions, please feel free to contact our office.

Sincerely,

Peter Marxhausen, M.S., P.E.
Structural Issues

Reviewed By,

Michael C. Higgins, P.E., President
Geotechnical Issues