# JENSEN PROPERTY

## EXHIBIT 1
## Proposed Configuration of New Foundation
## - Conceptual Design Only-

# GENERAL REPAIR PLANS AND SPECIFICATIONS

**FOR:**

JENSEN PROPERTY
2950 GREAT PLAINS DRIVE
GRAND JUNCTION, COLORADO
PARCEL NO: 2943-324-15-008
YEAR BUILT: 2005

**PREPARED FOR:**

MR. MARK NELSON
THE NELSON LAW FIRM

**PREPARED BY:**

PETER MARXHAUSEN, M.S., P.E.
*Higgins & Associates, Inc.*
*Forensic Engineers*
*16474 Willow Wood Ct.*
*Morrison, CO 80465*
*303-972-4300*
*Fax 303-972-1134*

## METAL DECK/STRUCTUAL FLOOR NOTES

METAL DECK LEDGER ANGLE NOTES:
ALL DECK LEDGER ANGLES SHOULD BE FIELD WELDED WITH 3/16" BUTT WELDS AND SPLICED TO BE CONTINUOUS. MITER CUT AND WELD CORNERS. METAL DECK SUPPLIER SHALL PROVIDE ALL ACCESSORIES TO SUPPORT THE DECK AS SHOWN IN PLAN.

METAL DECK REQUIREMENTS:
VULCRAFT 1½" 20 GAGE METAL "TYPE C" DECK MINIMUM 3 SPAN CONTINUOUS. REINFORCE THE CONCRETE SLAB WITH DRAPED 4x4 W2.9xW2.9 WELDED WIRE FABRIC. NOTE: THE WELDED WIRE FABRIC IS REQUIRED TO BE DRAPED IN ACCORDANCE WITH THE VULCRAFT REQUIREMENTS. SEE THE NOTES BELOW FOR ADDITIONAL INFORMATION.

$I = 0.222\ IN^4/FT$
$Sxp = 0.247\ IN^3/FT$
$Sxn = 0.234\ IN^3/FT$

**TOTAL SLAB DEPTH TO BE 5".**

CONSTRUCTION NOTES:
SOIL MAY BE DISHED OUT UP TO 12" ADJACENT TO SUMP PIT AS NEEDED FOR ACCESS. OTHER THAN MAKE-UP AIR INTAKES, NO PLUMBING OR MECHANICAL OPENINGS HAVE BEEN SHOWN IN THESE PLANS. COORDINATE THE OPENINGS WITH THE ENGINEER AS LOCATIONS ARE DETERMINED. PROVIDE CONTROL JOISTS AT ALL RE-ENTRANT CORNERS AND 12'-0" O.C. ALSO PROVIDE CONTROL JOINTS IN A MANNER THAT NO SLAB HAS AN ASPECT RATIO GREATER THAN 2:1. DO NOT HANG OR SUPPORT ANY LOADS FROM THE METAL DECK. MECHANICAL EQUIPMENT EXCEEDING 75 POUNDS SHOULD NOT BE SUPPORTED ON THE DECK. THE FURNACE AND WATER HEATER SHOULD BE LOCATED ON ADDITIONAL STEEL SUPPORT TUBES.

PROJECT INFORMATION: THESE PLANS OUTLINE THE REQUIREMENTS TO INSTALL ONLY THE STRUCTURAL BASEMENT FLOOR AND FOUNDATION WALLS AT THE JENSEN PROPERTY. ADDITIONAL REPAIRS ARE REQUIRED AT THE PROPERTY, WHICH HAVE NOT BEEN DESCRIBED OR DETAILED IN THESE DRAWINGS.

BUILDING DEPARTMENT JURISDICTION:
MESA COUNTY BUILDING DEPARTMENT
ADOPTED BUILDING CODE: 2006 INTERNATIONAL RESIDENTIAL CODE.

DESIGN LOADS:
FROST DEPTH - 24"
BASEMENT LIVE LOAD - 50 PSF
CONCRETE & DECK DEAD LOAD - 56 PSF

STRUCTURAL CONCRETE FLOOR SLAB: ALL STRUCTURAL BASEMENT FLOOR CONCRETE WORK SHOULD CONFORM TO ACI 301-01. ALL STRUCTURAL CONCRETE TO BE FROM TYPE 1 PORTLAND CEMENT, STONE AGGREGATE, AND DEVELOP 4,000 PSI MINIMUM COMPRESSIVE STRENGTH AT 28 DAYS. SLUMP OF CONCRETE WITHOUT ADMIXTURES SHOULD NOT EXCEED 4". THE SLUMP OF CONCRETE CONTAINING A HIGH RANGE WATER-REDUCING ADMIXTURE SHOULD NOT EXCEED 8". THE CONCRETE DESIGN MIX AND ALL FORMWORK DESIGN TO BE PERFORMED BY THE CONTRACTOR. PROVIDE SLEEVES FOR PLUMBING AND ELECTRICAL OPENINGS PRIOR TO PLACING CONCRETE. HORIZONTAL CONSTRUCTION JOINTS ARE NOT ALLOWED IN SLABS.

THE CONCRETE FLOOR SHOULD BE PROVIDED WITH A HARD STEEL-TROWEL FINISH UNLESS OTHERWISE SPECIFIED BY THE OWNER. ¾" DEEP SAWN CONTROL JOINTS SHOULD BE PLACED AT LOCATIONS TO BE SPECIFIED WITHIN 48 HOURS. NOTE: THE METAL DECK HAS BEEN SPECIFIED WITH THE MAXIMUM PERMISSIBLE CONSTRUCTION SPAN PER THE MANUFACTURER - PILING OF CONCRETE IS NOT ALLOWED. FINISHED CONCRETE THICKNESS SHOULD NOT EXCEED 5¼". MINIMUM THICKNESS IS 4¾".

ALL CONCRETE REINFORCING STEEL SHOULD BE ASTM A615, GRADE 60 AND HAVE A MINIMUM OF 60,000 PSI YIELD STRENGTH. DETAIL CONCRETE REINFORCING STEEL IN ACCORDANCE WITH ACI SP 66. WELDED WIRE FABRIC SHOULD BE IN ACCORDANCE WITH ASTM A185. WELDED WIRE FABRIC REINFORCEMENT MUST LAP TWO FULL MESHES/CELLS AT SIDE AND END LAPS AND SHOULD BE TIED TOGETHER.

NOTE: THE WELDED WIRE FABRIC IS REQUIRED TO BE DRAPED IN ACCORDANCE WITH THE VULCRAFT REQUIREMENTS. THE HIGH POINTS OF THE DRAPING SHOULD OCCUR OVER THE 4" TUBE SUPPORTS AND THE LOW POINT SHOULD OCCUR MID-SPAN BETWEEN THE TUBES. THE HIGH POINTS OF THE WELDED WIRE FABRIC SHOULD HAVE ¾" CLEAR SPACE BETWEEN THE STEEL AND THE SURFACE OF THE SLAB. THE LOW POINTS OF THE WELDED WIRE FABRIC SHOULD TOUCH THE METAL DECK.

STRUCTURAL AND MISCELLANEOUS STEEL: ALL STEEL WORK SHOULD BE THOROUGHLY CLEANED OF ALL LOOSE SCALE, RUST, OIL, DIRT, SPATTER, AND OTHER FOREIGN MATTER. STEEL SHOULD THEN BE GIVEN ONE SHOP APPLIED COAT OF RED OXIDE PRIMER PAINT AND ONE COAT OF A ZINC-RICH CORROSION PROHIBITOR PAINT. FIELD TOUCH-UP ANY SCRATCHES IN THE PAINT. STRUCTURAL STEEL SHOULD CONFORM TO THE FOLLOWING:

1. WIDE FLANGE SHAPES . . . . . . . . .ASTM A992 or A572, GR. 50; Fy=50ksi
2. CHANNEL, M, S, & HP SHAPES. . . .ASTM A36; Fy=36ksi
3. STEEL PLATES AND ANGLES. . . . .ASTM A36; Fy=36ksi
4. STRUCTURAL TUBING (HSS & TS). ASTM A500 GR. B; Fy=46ksi
5. STEEL PIPE. . . . . . . . . . . . . . . . .ASTM A53 GR B; Fy=35ksi
6. FRAMED CONNECTION BOLTS. . . . .ASTM A325
7. COLUMN ANCHOR RODS. . . . . . . . .ASTM F1554; Fy=55ksi
8. OTHER BOLTS. . . . . . . . . . . . . . .ASTM A307

ALL WELDS SHOULD CONFORM TO THE AWS D1.1 CODE FOR PROCEDURES, APPEARANCE, AND QUALITY OF WELDS. ALL WELDS SHOULD BE CONTINUOUS FILLET WELDS USING AWS D1.1 CLASS E70 ELECTRODES UNLESS NOTED OTHERWISE. ALL WELDERS SHOULD BE CERTIFIED BY AWS STANDARDS. DELAY PAINTING WITHIN 3" OF FIELD WELDS UNTIL WELDS ARE COMPLETED.

STEEL DECK: THE NEW STRUCTURAL BASEMENT FLOOR SHOULD CONSIST OF A REINFORCED 5" CONCRETE SLAB SUPPORTED BY 20 GAGE 1½" DEEP VULCRAFT TYPE C CONFORM CORRUGATED METAL DECK (5" TOTAL THICKNESS). METAL DECK SHOULD BE 3-SPAN CONTINUOUS WHERE POSSIBLE. REINFORCE THE CONCRETE SLAB WITH DRAPED 4x4 W2.9xW2.9 WELDED WIRE FABRIC. THE CONCRETE AND METAL DECK SHOULD BE SUPPORTED BY THE STEEL TUBES AND ANGLES SHOWN. THE ARROWS INDICATE THE SPAN OF THE METAL DECK, WHICH IS PERPENDICULAR TO THE TUBES (GIRTS). FIELD CUT THE NEW DECK TO FIT TIGHTLY AROUND THE EXISTING COLUMNS. FASTEN ALL METAL DECK TO THE STEEL BEAMS WITH ⅝" PUDDLE WELDS AT 18" O.C. AND #10 TEK SCREW SIDELAP FASTENERS SPACED AT 18" O.C.

STEEL DECK SHOULD COMPLY WITH THE REQUIREMENTS OF THE STEEL DECK INSTITUTE SPECIFICATIONS AND COMMENTARY FOR STEEL DECK (1992). Fy=33 KSI MINIMUM. THE METAL DECK SHOULD BE DEPTH, CONFIGURATION AND GAGE AS SHOWN ON THE CONSTRUCTION DOCUMENTS. ATTACHMENT TO THE SUPPORTING STRUCTURE SHOULD BE AS SHOWN ON THE CONSTRUCTION DOCUMENTS. METAL DECK SHOULD BE CONTINUOUS OVER A MINIMUM OF 4 SUPPORTS (THREE SPAN CONTINUOUS) OPENINGS LARGER THAN 10 INCHES SHOULD HAVE A SUPPORTING FRAME. METAL DECK SHOULD HAVE A MINIMUM OF 1½" OF BEARING AT ENDS AND 3" OF BEARING AT INTERIOR SUPPORTS.

CONCEPTUAL DESIGN ONLY. NOT FOR CONSTRUCTION. REFER TO THE WRITTEN REPORT FOR ADDITIONAL INFORMATION AND SPECIFICATIONS.

*Higgins & Associates, Inc.*
*Forensic Engineers*
*16474 Willow Wood Ct.*
*Morrison, CO 80465*
*303-972-4300*
*Fax 303-972-1134*

JOB NAME: JENSEN PROPERTY
H&A JOB NO: 2737.07
SHEET NAME: NOTES
DRAWN BY: JS
REVIEWED BY: MH&PM
DATE: 11/17/2008




CONCEPTUAL DESIGN ONLY. NOT FOR CONSTRUCTION. REFER TO THE WRITTEN REPORT FOR ADDITIONAL INFORMATION AND SPECIFICATIONS.

*Higgins & Associates, Inc.*

*Forensic Engineers*

*16474 Willow Wood Ct.*
*Morrison, CO 80465*
*303-972-4300*
*Fax 303-972-1134*

JOB NAME: JENSEN PROPERTY
H&A JOB NO: 2737.07
SHEET NAME: FOUNDATION PLAN
DRAWN BY: JS
REVIEWED BY: MH&PM
DATE: 11/17/2008

**S-2 of 8**




CONCEPTUAL DESIGN ONLY. NOT FOR CONSTRUCTION. REFER TO THE WRITTEN REPORT FOR ADDITIONAL INFORMATION AND SPECIFICATIONS.

*Higgins & Associates, Inc.*

*Forensic Engineers*

*16474 Willow Wood Ct.*
*Morrison, CO 80465*
*303-972-4300*
*Fax 303-972-1134*

JOB NAME: JENSEN PROPERTY
H&A JOB NO: 2737.07
SHEET NAME: STRUCTURAL FLOOR PLAN
DRAWN BY: JS
REVIEWED BY: MH&PM
DATE: 11/17/2008

**S-3 of 8**


(2) #5s TOP AND BOTTOM
SEE SECTIONS FOR VERTICAL REINFORCEMENT SIZE AND PLACEMENT
T.O.W. TOP OF WALL
B.O.W. BOTTOM OF WALL
TOP OF PIER
VOID MATERIAL
EXTEND PIER REINFORCEMENT TO TOP ROW OF STEEL
C S-4 GRADE BEAM ELEVATION
SCALE: 3/4" = 1'-0"
8"
2" 4" 2"
J-BOLT SEE NOTES
P.T. 2x6 SILL PLATE
#5s HORIZONTAL AT 16IN O.C.
VARIES
EQ EQ
#5s VERTICAL AT 16IN O.C.
(2) #5 TOP AND BOTTOM CONTINUOUS
8" VOID FORM CONTINUOUS BETWEEN PIERS
10"Ø DRILLED PIER WITH (3) #6s BETWEEN PIERS
D S-4 SECTION
SCALE: 3/4" = 1'-0"
5"
4"
NEW HSS 4x4x¼
BUTT SPLICE
3/16 3
3/16 3
NEW W8
E S-4 TYPICAL FRAMED BEAM CONNECTION
SCALE: 1" = 1'-0"
4"
(2) ¾"Ø A325 BOLTS
W8
W8
3"
6"
PL½"x8"x0'-6"
½
3 SIDES
F S-4 TYPICAL SPLICE BEAM CONNECTION
SCALE: 1" = 1'-0"
CONCEPTUAL DESIGN ONLY. NOT FOR CONSTRUCTION. REFER TO THE WRITTEN REPORT FOR ADDITIONAL INFORMATION AND SPECIFICATIONS.
Higgins & Associates, Inc.
Forensic Engineers
16474 Willow Wood Ct.
Morrison, CO 80465
303-972-4300
Fax 303-972-1134
JOB NAME: JENSEN PROPERTY
H&A JOB NO: 2737.07
SHEET NAME: DETAILS
DRAWN BY: JS
REVIEWED BY: MH&PM
DATE: 11/17/2008
S-4 of 8




CONCEPTUAL DESIGN ONLY. NOT FOR CONSTRUCTION. REFER TO THE WRITTEN REPORT FOR ADDITIONAL INFORMATION AND SPECIFICATIONS.

*Higgins & Associates, Inc.*

*Forensic Engineers*

*16474 Willow Wood Ct.*
*Morrison, CO 80465*
*303-972-4300*
*Fax 303-972-1134*

JOB NAME: JENSEN PROPERTY
H&A JOB NO: 2737.07
SHEET NAME: DETAILS
DRAWN BY: JS
REVIEWED BY: MH&PM
DATE: 11/17/2008

**S-5 of 8**



(E) WOOD-FRAMED EXTERIOR WALL
(E) GRADE BEAM
(N) L5x3x¼ BOLTED TO FOUNDATION WITH ⅜"x3" RED HEAD TRUBOLT (ESR-2251) AT 12" O.C.
(N) BEAM HANGER SHOWN IN DETAIL H/S-5
EXCAVATE AND INSTALL NEW 8"x12" VOID FORM WRAPPED IN POLYETHYLEN
(N) 12 MIL PLASTIC VAPOR BARRIER SHOWN AS BLUE
¼ 2
¼ 2
100'-0"
5"
NEW HSS4x4x¼
99'-3"
NEW W8x21
98'-7"
2'-9"
1'-4" CLEAR
97'-3"
4" MIN.
4" MAXIMUM
2 1/2" MIN
6" MINIMUM O.C
2'-0" MINIMUM
8"
12"
J
S-6
SECTION - ATTACHMENT 2
SCALE: 3/4" = 1'-0"
CONCEPTUAL DESIGN ONLY. NOT FOR CONSTRUCTION. REFER TO THE WRITTEN REPORT FOR ADDITIONAL INFORMATION AND SPECIFICATIONS.
Higgins & Associates, Inc.
Forensic Engineers
16474 Willow Wood Ct.
Morrison, CO 80465
303-972-4300
Fax 303-972-1134
JOB NAME: JENSEN PROPERTY
H&A JOB NO: 2737.07
SHEET NAME: DETAILS
DRAWN BY: JS
REVIEWED BY: MH&PM
DATE: 11/17/2008
S-6 of 8




PIER CAP
SCALE: 1" = 1'-0"

CONCEPTUAL DESIGN ONLY. NOT FOR CONSTRUCTION. REFER TO THE WRITTEN REPORT FOR ADDITIONAL INFORMATION AND SPECIFICATIONS.

*Higgins & Associates, Inc.*
*Forensic Engineers*
*16474 Willow Wood Ct.*
*Morrison, CO 80465*
*303-972-4300*
*Fax 303-972-1134*

JOB NAME: JENSEN PROPERTY
H&A JOB NO: 2737.07
SHEET NAME: DETAILS
DRAWN BY: JS
REVIEWED BY: MH&PM
DATE: 11/17/2008

CRAWL SPACE ACCESS HATCH TOP SHOULD BE ⅊ 3/16" ALUMINUM DIAMOND PLATE-DULL MILL FINISH MODEL NUMBER P4316-6061. SIZED TO FIT WITH 2 LIFT HANDLES.




L S-8 CRAWL SPACE ACCESS HATCH

SCALE: 1" = 1'-0"




M S-8 CRAWL SPACE ACCESS HATCH

SCALE: 1" = 1'-0"

CONCEPTUAL DESIGN ONLY. NOT FOR CONSTRUCTION. REFER TO THE WRITTEN REPORT FOR ADDITIONAL INFORMATION AND SPECIFICATIONS.

*Higgins & Associates, Inc.*
*Forensic Engineers*
*16474 Willow Wood Ct.*
*Morrison, CO 80465*
*303-972-4300*
*Fax 303-972-1134*

JOB NAME: JENSEN PROPERTY
H&A JOB NO: 2737.07
SHEET NAME: DETAILS
DRAWN BY: JS
REVIEWED BY: MH&PM
DATE: 11/17/2008

**JENSEN PROPERTY**

**EXHIBIT 2**
**Colorado Association of Geotechnical Engineer's Slab Performance Risk Categories**

- Swell Tests and/or Suction Tests on a Given Lot and Nearby Lots
- Depth and Magnitude of Moisture Increase
- Existing Ground Water Conditions
- Anticipated Ground Water Conditions
- Presence and Location of Nearby Surface Water Sources
- Type of Basement
- Tolerable Movement for Intended Use
- Performance History and Experience in the Area
- Surface Topography
- Previous and Future Grading
- Surface and Subsurface Drainage
- Site Landscaping, Irrigation and Vegetation

To provide some uniformity in terminology between geotechnical engineers and provide a relative correlation of slab performance risk to measured swell, CAGE recommends use of the descriptions shown on Table II.

**TABLE II**
**RECOMMENDED REPRESENTATIVE SWELL POTENTIAL DESCRIPTIONS AND CORRESPONDING SLAB PERFORMANCE RISK CATEGORIES**

| Slab Performance Risk Category | Representative* Percent Swell (500 psf Surcharge) | Representative* Percent Swell (1000 psf Surcharge) |
|---|---|---|
| Low | 0 to <3 | 0 to <2 |
| Moderate | 3 to <5 | 2 to <4 |
| High | 5 to <8 | 4 to <6 |
| Very High | ≥8 | ≥6 |

*NOTE: The representative percent swell values presented are not necessarily measured values; rather, they are a judgement of the swell of the soil and bedrock profile likely to influence slab performance.

Slab performance risk evaluation is an engineering judgment which is used as a predictor of the general magnitude of potential slab-on-grade heave, and the risk of poor slab-on-grade performance. Although measured swell percentage for individual samples is an important consideration, the variability of soil and bedrock conditions and other factors as outlined above must also be considered. Representative swell can be thought of as the range of swell percentage which, in the opinion of the engineer, best represents the swelling characteristics of the soils and bedrock within the anticipated zone of wetting

below foundation excavation depths when considering all of these factors. A current design assumption for the depth of wetting below basement slabs-on-grade is approximately 7 to 10 feet. In unusual circumstances, wetting can exceed these depths. The engineer should evaluate potential wetting depths based upon geologic conditions and the site specific soil profile.

## IV. Use of Structurally Supported Basement Floors

Structurally supported basement floors, also known as structural floors, are generally considered the most effective way to reduce the likelihood of basement floor movement due to soil heave. There are other design issues associated with structural floors, such as ventilation and increased lateral loads, which must be considered. Structural floors do not constitute a perfect option and in many cases are not the best option. Based upon our experience at this time, the Colorado Association of Geotechnical Engineers believes engineers in the Denver area should recommend structurally supported basement floors on sites where the slab performance risk is judged to be high or very high. We also believe that builders and original home owners, where possible, should be given the option of using a structural floor or concrete slab-on-grade where the slab performance risk is judged to be low or moderate.

Builders and home owners must be informed of the potential risks of constructing concrete slabs on sites with expansive soils. They must also understand that the evaluation of swell potential is subjective and is based upon the experience and judgment of the design engineer and, therefore, is not a guarantee that the soil and structure will interact as designed or intended. Builders and original home owners, where possible, may then elect to use slab-on-grade or structural floors on a particular site provided they understand and accept the risk that slab performance may not be reasonable on some sites. Builders and all home buyers should be advised that slab-on-grade floors on most sites will heave and crack to some degree. CAGE member experience suggests the result may be up to 3 inches of differential slab elevation in some cases on low and moderate swell potential sites. In unusual instances, the degree of movement may exceed this range.