

**PALACE**
CONSTRUCTION

November 21, 2008

Mr. Mark Nelson
The Nelson Law Fir, LLC
1722 Humboldt St.
Denver, CO. 80218

RE:   Jensen Property
      1950 Great Plains Drive
      Grand Junction, Colorado

Dear Mr. Nelson:

Upon review of the above referenced property, it is our opinion that the cost to rebuild this home would be in the range of $200-$225 per square foot including the demolition of the existing structure.

Sincerely,

*Jon L Wagener*

Jon L. Wagener
Chief Operations Officer



EXHIBIT
4



**PALACE CONSTRUCTION**

7 South Galapago Street, Denver, CO 80223
(303) 777-7999 Phone, (303) 722-0296 Fax
www.palaceconst.com

**November 24, 2008**

Mark W. Nelson
The Nelson Law Firm, LLC
1722 Humboldt St.                          PH.# 303-861-0750
Denver, CO 80218                           Fax# 303-861-0751

Re: Structural Repairs
    Jensen Property
    2950 Great Plans Dr.
    Grand Junction, CO 81503               Ph.# H)
                                                W)

Please find below our understanding of a scope of work and BUDGETARY cost for repairs per Higgins & Associates, Inc report / plans and specifications dated September 10, 2007 and November 18, 2008 respectively and our site visit on November 13, 2008.

|   |   |   | Quantity | Units | Total Cost |
|---|---|---|---|---|---|
| 1 | **Structural Floor** | | | | |
|   | 1) | Hang furnace and 2 water heater and reset after floor is replaced. | 0 | EA ITEM | |
|   | 2) | Remove and reinstall stairs and stair walls as required lower and repair after floor is replaced. | 1 | EA | |
|   | 3) | Remove 4" concrete floor system as required. (Note: Add $.35 per SF if concrete is reinforced) | 1667 | SF | |
|   | 4) | Excavate soils as required for repairs as directed. | 154 | CY | |
|   | 5) | Install perimeter drain as directed. | 167 | LF | |
|   | 6) | Install new sump as directed. | 1 | EA | |
|   | 7) | Install floor system as directed. | | | |
|   |   | A) Rim Angle L5x3x1/4 | 106 | LF | |
|   |   | B) Tube Steel HSS 4x4x1/4 | 245 | LF | |
|   |   | C) Metal Decking | 1667 | SF | |
|   |   | D) I-Beams W 8x21 | 145 | LF | |
|   |   | E) I-Beam Hangers | 10 | EA | |
|   |   | F) Tube Steel Hangers | 11 | EA | |
|   |   | G) Mono posts | 7 | EA | |

|  |  |  | Quantity | Units |  | Total Cost |
|---|---|---|---|---|---|---|
|  |  | H) Access Hatch | 1 | LS |  |  |
|  | 8) | Provide ventilation as directed. (1 intake openings and 1 exhaust fan) | 2 | EA |  |  |
|  | 9) | Rework plumbing as required. (Minimum repairs) | 1 | LS |  |  |
|  | 10) | Provide pump truck for foundation walls as required, 1 required. | 1 | LS |  |  |
|  | 11) | Install new 6" concrete slab as directed. | 1667 | SF |  |  |
|  | 12) | Install 10 mil vapor barrier glued to foundation walls and overlapped 3' as directed. | 1667 | SF |  |  |
|  |  |  |  |  | COST | $119,515.00 |
| II | **Foundation Repairs** |  |  |  |  |  |
|  | 1) | Disconnect and reconnect all electrical to structure and set sub pole as required. | 1 | LS |  |  |
|  | 2) | Disconnect and reconnect all plumbing to structure as required. | 1 | LS |  |  |
|  | 3) | Relocate structure off of existing foundation, remove existing foundation and excavate for new foundations as directed. | 1 | LS |  |  |
|  | 4) | Form and pour new foundation walls as directed. (Approx. 137 LF of 9' and 110 LF of 3' walls) | 247 | LF |  |  |
|  | 5) | Remove and replace brick wainscot at front of structure as directed. | 122 | SF |  |  |
|  | 6) | Remove and replace exterior stucco finish as directed. | 1372 | SF |  |  |
|  | 7) | Shore existing beam in order to install new wooden nailer to steel beam 16" o.c. and fasten joists to new nailer as directed. | 84 | LF |  |  |
|  | 8) | Install new beam where missing in the basement as directed. | 11 | LF |  |  |
|  | 9) | Install R19 insulation blanket on foundation walls as directed. | 1456 | SF |  |  |
|  |  | NOTE: Bid includes installation of diagonal braces in corners only. Additional braces, if directed by engineer, may be an additional cost. We accept no risk for minor foundation movement. |  |  |  |  |
|  |  |  |  |  | COST | $177,030.00 |
| III | **Basement and Garage Finishes** |  |  |  |  |  |
|  | 1) | Rework basement and garage finishes as directed. |  |  |  |  |
|  |  | A) Remove and replace drywall from existing frame wall and ceilings to accommodate new floor system and repairs as directed. | 2160 | SF |  |  |
|  |  | B) Remove and reinstall stairs and stair landing in the garage as required and repair after floor is replaced. | 1 | EA |  |  |
|  |  | C) Rework existing frame walls in the garage and basement in order to accommodate the repairs as directed. | 73 | LF |  |  |
|  |  | D) Remove and reinstall wood base. | 118 | LF |  |  |
|  |  | E) Remove and reinstall existing door units. | 2 | EA |  |  |

|     |     |                                                                                                                                                                                                 | Quantity | Units |      | Total Cost   |
| --- | --- | --- | --- | --- | --- | --- |
|     |     | F) Paint or refinish base as required to match existing as close as possible.                                                                                                                    | 118      | LF    |      |              |
|     |     | G) Paint or refinish door units as required to match existing as close as possible.                                                                                                              | 2        | EA    |      |              |
|     |     | H) Remove and reinstall built-in shelves in the garage as required.                                                                                                                              | 1        | LS    |      |              |
|     |     | I) Paint garage walls and ceiling as required.                                                                                                                                                   | 2150     | SF    |      |              |
|     |     |                                                                                                                                                                                                  |          |       | COST | $ 22,990.00  |
| IV  | **Piers & Releveling** |                                                                                                                                                                          |          |       |      |              |
|     | 1)  | Install new Micro Piles as directed per report (30' maximum). (Add $ 55.00 per LF over 30'.) (Standard Installation)                                                                              | 32       | EA    |      |              |
|     | 2)  | Form and pour new pier cap at interior basement column locations.                                                                                                                                | 7        | LOC   |      |              |
|     | 3)  | Drill new 3' x 10" diameter piers for the rear deck column locations as directed.                                                                                                                | 7        | LOC   |      |              |
|     | 4)  | Damp proof all exposed foundation walls prior to backfill.                                                                                                                                       | 1        | LS    |      |              |
|     | 5)  | Backfill and compact garage interior excavations as directed. (In Above)                                                                                                                         | 0        | CY    |      |              |
|     |     |                                                                                                                                                                                                  |          |       | COST | $ 71,714.00  |
| V   | **Concrete Slabs & Wood Decks** |                                                                                                                                                                  |          |       |      |              |
|     | 1)  | Saw cut concrete as required. (Minimum Charge)                                                                                                                                                   | 1        | LS    |      |              |
|     | 2)  | Remove concrete slabs as directed: Garage, 466; front porch, 189 SF; driveway, 529 SF; and rear patio 241 SF; garage stoop, 32 SF. (Note: Add $.35 per SF if concrete is reinforced)              | 1467     | SF    |      |              |
|     | 3)  | Replace concrete slabs as directed.                                                                                                                                                              | 1467     | SF    |      |              |
|     | 4)  | Remove and replace thickened grade beams at concrete slabs as directed.                                                                                                                          | 34       | LF    |      |              |
|     | 5)  | Install 4x4x5/16 steel angle at the porch, patios and porches as directed.                                                                                                                       | 14       | LF    |      |              |
|     | 6)  | Remove and reinstall existing rear deck as directed.                                                                                                                                             | 283      | SF    |      |              |
|     | 7)  | Install Simpson straps to hinge stairs at garage service door.                                                                                                                                   | 1        | EA    |      |              |
|     |     | Note: We do not warranty concrete flatwork against cracking and / or movement due to expansive soils and / or subsidence.                                                                         |          |       |      |              |
|     |     |                                                                                                                                                                                                  |          |       | COST | $ 35,560.00  |
| VI  | **General Requirements** |                                                                                                                                                                         |          |       |      |              |
|     | 1)  | Install gable vent as directed.                                                                                                                                                                  | 1        | LOC   |      |              |
|     | 2)  | Install new wood blocking at the front and rear cantilever areas as directed.                                                                                                                    | 28       | LF    |      |              |
|     | 3)  | Repair improperly cut floor joist in basement as directed.                                                                                                                                       | 1        | EA    |      |              |
|     | 4)  | Remove and reinstall existing air conditioner as required for repairs. (Does not include temporary re-connect)                                                                                    | 1        | EA    |      |              |

|      |    |                                                                                                                 | Quantity | Units |      | Total Cost   |
|------|----|-----------------------------------------------------------------------------------------------------------------|---------|-------|------|--------------|
|      | 5) | Grout the north beam pocket as directed.                                                                        | 4       | EA    |      |              |
|      |    |                                                                                                                 |         |       | COST | $ 4,674.00   |
| VII  | **Grading, Irrigation & Drainage (Estimated)** |                                                                |         |       |      |              |
|      | 1) | Remove and replace 6' fence, and fence post to match existing.                                                  | 104     | LF    |      |              |
|      | 2) | Regrade for drainage as directed per engineer.                                                                  | 1       | LS    |      |              |
|      | 3) | Install new sidewalk chase in the front walk as directed per engineer.                                          | 1       | EA    |      |              |
|      | 4) | Install chase in new driveway as directed per engineer. (Including sidewalk, grass area, and curb and gutter)   | 1       | EA    |      |              |
|      | 5) | Install new retaining wall as directed.                                                                         | 5       | LOC   |      |              |
|      | 6) | Install new splash blocks - directed.                                                                           | 6       | EA    |      |              |
|      | 7) | Removal and replacement trees as directed.   ($ 150.00 per tree Allowance)                                      | 0       | EA    |      |              |
|      | 8) | Removal and replacement shrubs as directed. ($ 35.00 per shrub Allowance)                                       | 0       | EA    |      |              |
|      |    |                                                                                                                 |         |       | COST | $ 21,610.00  |
| VIII | **Relocate Owner's Contents (allowance)** |                                                                     |         |       |      |              |
|      | 1) | Relocate contents.                                                                                              |         |       |      |              |
|      |    |                                                                                                                 |         |       | COST | $ 3,232.00   |
| IX   | **Cosmetic Repairs (allowance)** |                                                                               |         |       |      |              |
|      | 1) | Repair drywall cracks                                                                                           |         |       |      |              |
|      | 2) | Adjust and repair doors and windows as required due to structural movement.                                     |         |       |      |              |
|      | 3) | Prime and paint repaired walls from corner to corner.                                                           |         |       |      |              |
|      | 4) | Misc. Repairs.                                                                                                  |         |       |      |              |
|      |    |                                                                                                                 |         |       | COST | $ 6,734.00   |
| X    | **Additional Requirements as directed (OPEN)** |                                                                 |         |       |      |              |
|      | 1) | Additional repairs / work as per engineer.                                                                      |         |       |      |              |
|      | 2) | Code upgrades as required.                                                                                      |         |       |      |              |
|      | 3) | General cleaning and duct cleaning.                                                                             |         |       |      |              |
| XI   | **(Architect, Engineer and Consultants to be hired and paid for by others) (Per Engineer)** |                      |         |       |      |              |
|      |    |                                                                                                                 |         |       | COST | $ 19,000.00  |
| XII  | **Contingency for unforeseen conditions and open items on project as directed by Architect, Engineer and Consultants. ( 10% )** |         |       |      |              |
|      |    |                                                                                                                 |         |       | COST | $ 48,196.00  |
| XIII | **General Conditions** |                                                                                          |         |       |      |              |
|      |    | Project Duration                                                                                                | 6       | Month |      |              |
|      | 1) | Temp. protection and clean up                                                                                   | 6       | Month |      |              |
|      | 2) | Debris removal and dump fees                                                                                    | 6       | Month |      |              |

|   |                                               | Quantity | Units | | Total Cost |
|---|-----------------------------------------------|----------|-------|---|------------|
| 3) | Temp. sanitation                             | 6        | Month | | |
| 4) | Temp. storage                                | 6        | Month | | |
| 5) | Superintendent                               | 6        | Month | | |
| 6) | Insurance                                    | 1        | LS    | | |
| 7) | Permit                                       | 1        | LS    | | |
|   | General Conditions Cost per Month (Less I & P) | $7,511 |       | COST | $ 66,932.00 |
|   |                                               |          |       | TOTAL | $597,087.00 |

Note: 1) Actual cost will vary with actual repair specifications and drawings.
2) Excludes any utility relocates or repairs that may be required.
3) Excludes any and all associated cost with winter conditions and will be addressed on a time and material bases if required. (i.e. Including but not limited to acts of God, excessive snow, frozen ground, below freezing temperatures and other unforeseen conditions)
4) I reserve the right to revise this report if and when additional information is provided.
5) Contracts to be Palace's standard contracts, or previously negotiated contracts, or an AIA contract.
6) This proposal is valid for a period of 45 days from the date posted at the top of the proposal.
7) Owner to supply electricity and water for the project at no cost to the contractor unless specifically included above in this proposal.
8) Cost associated with delays caused by the owner or Owner's agent will be billed to the owner. (i.e. Including but not limited to acts of God, general conditions, Engineering, not signing change orders properly, lack of prompted payment and other unforeseen conditions)
9) Note: The owner to have the property tested for asbestos and lead prior to start of work on any building constructed prior to October 12, 1988, as per Colorado Department of Public Health and Environment Regulation No. 8 part B - Asbestos section III subparagraph III.A.I.d., all abatement by OWNER.
10) Note: Due to recent changes in the market place for the cost of steel, we are unable to lock in steel prices, and as a result the price may change when work is performed.
11) Dump site for soils shall be within a five mile radius of job site additional cost per yard may be added to bid and will be addressed as a change order.

The above costs include labor, material equipment, fees, taxes, insurance, debris removal, and clean-up required to complete the scope of work.

If you have any questions, please contact me at this office.

Sincerely,

PALACE CONSTRUCTION CO., INC.

*Jon L Wagener*

Jon L. Wagener
Chief Operations Officer
Palace Construction