**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01938-REB-BNB

GAIL JENSEN,

    Plaintiff,

v.

FAMFIRST HOME BUILDERS, INC., a Colorado corporation,
RIDEMORE ENTERPRISES, INC., a Colorado corporation, and
JOEL A. MAHNKE,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matters before the court are the following motions and briefs: (1) **Defendants' Motion For Partial Summary Judgment on Consumer Protection Act Claim** [#75], filed January 30, 2009; (2) **Defendants' Memorandum of Law in Support of Motion For Partial Summary Judgment on Consumer Protection Act Claim** [#76], filed January 30, 2009; (3) **Defendants' Memorandum of Law in Support of Motion For Partial Summary Judgment on Consequential Damages Claims** [#77], filed January 30, 2009; and (4) **Defendants' Memorandum of Law in Support of Motion For Partial Summary Judgment on Consequential Damages Claims** [#78], filed January 30, 2009. The motions and briefs are **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1.

    Dated: February 4, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.