IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01938-REB-BNB

GAIL JENSEN,

Plaintiff,

v.

FAMFIRST HOME BUILDERS, INC., a Colorado corporation,
RIDEMORE ENTERPRISES, INC., a Colorado corporation, and
JOEL A. MAHNKE,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall file a revised proposed final pretrial order, modified as discussed on the record this morning, on or before **March 30, 2009**.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for **April 1, 2009, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel may appear at the supplemental final pretrial conference by telephone, but arrangements must be made in advance by contacting my secretary, Estee Fraitag, at 303-844-6408.

Dated March 5, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge