IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01938-REB-BNB

GAIL JENSEN,

    Plaintiff,

vs.

FAMFIRST HOME BUILDERS, INC., a Colorado corporation;
RIDEMORE ENTERPRISES, INC., a Colorado corporation; and
JOEL A. MAHNKE,

    Defendants.

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED TRIAL EXHIBITS

Plaintiff, Gail Jensen, by and through her undersigned counsel, Devi C. Yorty of Hall & Evans, L.L.C. and Mark W. Nelson of The Nelson Law Firm, L.L.C., and hereby submits her objections to Defendants' trial exhibits, as follows:

| Date | Description | Objections | Bates No. |
|---|---|---|---|
| 06/30/2004 | Declaration of Covenants, Conditions and Restrictions for Red Tail Ridge Subdivision. Recorded in Mesa County at Reception NO. 2206028 | FRE 106, 901, 1002 | DEF 01-027 |
| 2005 | Inspection Card for 2950 Great Plains Drive | FRE 106, 901, 1002 | DEF 028 |
| 2005 | Permit to Build issued to Ridemore Enterprises | FRE 106, 901, 1002 | DEF 029 |

| | | | |
|---|---|---|---|
| 04/28/2005 | Buyer's Closing Statement for FamFirst Home Builders, Inc. | FRE 106, 901, 1002 | DEF 030 |
| 04/28/2005 | Warranty Deed between LaCima, LLLc and FamFirst Home Builders, Inc. Recorded in Mesa County at Reception NO. 2252224 | FRE 106 | DEF 031 |
| 05/18/2005 | New Home Start checklists | FRE 106, 901, 1002 | DEF 032-034 |
| 05/18/2005 | Planning Clearance File | FRE 106, 802, 901, 1002 | DEF 035-039 |
| 05/18/2005 | Red Tail Permit Procedures | FRE 106, 802, 901, 1002 | DEF 040-053 |
| 05/25/2005 | LaCima I, LLC Architectural Review Committee Plan Review Application for Ridemore Enterprises | FRE 106, 802, 901, 1002 | DEF 055 |
| 06/28/2005 | Western Colorado Testing, Inc.'s soil/aggregate field density tests for Ridemore Enterprises | FRE 106, 701, 802, 901, 1002 | DEF 056 |
| 06/30/2005 | Correspondence from John Kornfeld of Rhino Engineering, Inc. to Bob Lee Mesa County Building Official regarding revised top of foundation elevations | FRE 106, 701, 802, 901, 1002 | DEF 057 |
| 06/30/2005 | Correspondence from Jim Huddleston, Principal Geologist at Western Colorado Testing, Inc., to Ridemore Enterprise regarding building pad observation and testing | FRE 106, 701, 802, 901, 1002 | DEF 058 |
| 07/26/05 | Agreement to Purchase Electric Service | FRE 106, 901, 1002 | DEF 059 |
| 09/29/05 | FamFirst Home Builders, Inc. color selection for Red Tail Ridge Subdivision 2950 Great Plains Drive | FRE 106, 802, 901, 1002 | DEF 060-061 |

| | | | |
|---|---|---|---|
| 10/17/2005 | Correspondence from Darleen Mast at Wells Fargo Home Mortgage to Greg Merschel at GJ Real Source, Inc. regarding Gail Jensen | FRE 106, 802, 901, 1002 | DEF 062 |
| 01/25/2006 | Contract to Buy and Sell Real Estate (Residential) for Gail Lynn Jensen | FRE 106 | DEF 063-073 |
| 01/25/2006 | Memorandum regarding 2950 Great Plains - Contractual Requests | FRE 106 | DEF 074 |
| 01/26/2006 | Counterproposal between Famfirst Homebuilders, Inc. and Gail Lynn Jensen | FRE 106 | DEF 075-078 |
| 01/26/2006 | Agreement to Occupy Prior to Delivery of Deed for 2950 Great Plains Drive | FRE 106 | DEF 079-081 |
| 01/31/2006 | Advice of Contract for Ridemore Enterprise, Inc. | FRE 106 | DEF 082 |
| 01/31/2006 | Treasurer's Certificate of Taxes Due for buyer Jensen | FRE 106 | DEF 083-084 |
| 02/03/2006 | Commitment for Title Insurance from United Title Company | FRE 106 | DEF 085-0111 |
| 02/03/2006 | Improvement Location Certificate | FRE 106 | DEF 0112 |
| 02/09/2006 | Agreement to Amend/Extend Contract between FamFirst Home Builders, Inc. and Gail Jensen | FRE 106 | DEF 0113-0130 |
| 02/13/2006 | Memorandum from Winona Schwartz of Coldwell Banker to Joel Mahnke and LeAnn Fisher regarding covenants with handwritten notes | FRE 106 | DEF 0131 |
| 02/16/2006 | Closing Instructions and Earnest Money Receipt | FRE 106 | DEF 0132-0133 |

| | | | |
|---|---|---|---|
| 02/17/2006 | Correspondence from LeAnn Fisher of Famfirst Home Builders, Inc. to Gail Jensen regarding Excel Energy and Grand Valley Power | FRE 106, 802, 901, 1002 | DEF 0151 |
| 02/21/2006 | Correspondence from Jay Kee Jacobson of Red Trial Ridge Homeowners Association to Gail Jensen re variance for walkout basement | FRE 106 | DEF 0152 |
| 04/03/2006 | Memorandum from Winona Schwartz of Coldwell Banker to Joel Mahnke and LeAnn Fisher regarding Gail Jensen with handwritten notes | FRE 106, 802, 901, 1002 | DEF 0153 |
| 04/04/2006 | Memorandum from Winona Schwartz at Coldwell Banker to Joel Mahnke and LeAnn Fisher regarding work not being done at Jensen property | FRE 106, 802, 901, 1002 | DEF 0154 |
| 04/11/2006 | Email correspondence from Fred and Winona Schwart Schwartz to Gail Jensen regarding walk through | FRE 106, 802, 901, 1002 | DEF 0155-0156 |
| 04/12/2006 | Email correspondence from Gail Jensen to LeAnn Fisher regarding preliminary report | FRE 106, 802, 901, 1002 | DEF 0157 |
| 05/16/2006 | Correspondence from Kris Olds, Administrative Assistant for FamFirst Home Builders, Inc. to Gail Jensen regarding warranty items | FRE 106, 802, 901, 1002 | DEF 0158-0160 |
| 05/18/2006 | Residential Commercial Inspection Report completed by John Schumacher for the subject property | FRE 106, 1002 | DEF 0161-0175 |
| 05/22/2006 | Handwritten notes regarding 2950 Great Plains Drive | FRE 106, 802, 901, 1002 | DEF 0176 |
| 05/31/2006 | Letter of Intent from Gail Jensen | FRE 106 | DEF 0177-0178 |

| Date | Description | FRE | Bates |
|---|---|---|---|
| 06/02/2006 | Delivery Request from Ridemore Enterprises, Inc. to Gail Jensen, with handwritten note by Ms. Jensen | FRE 106, 802, 901, 1002 | DEF 0179 |
| 06/26/2006 | Correspondence from Edward M. Morris, Principal Engineer for Grand Junction Lincoln- DeVore, Inc., Geotechnical Engineers regarding site and structure evaluation | FRE 106, 802, 901, 1002 | DEF 0180-0187 |
| 08/23/2006 | Correspondence from Kimber Doolittle of FamFirst to Gail Jensen regarding items under warranty that need to be repaired | FRE 106, 802, 901, 1002 | DEF 0188 |
| 08/28/2006 | Correspondence from John Mallory at Castor & Associates, P.C. regarding work on Gail Jensen's home | FRE 106, 802, 901, 1002 | DEF 0189 |
| 08/28/2006 | Correspondence from John Mallory at Castor & Associates, P.C. regarding notice of claim for construction defects | FRE 106, 802, 901, 1002 | DEF 0190-0191 |
| 09/20/2006 | Correspondence from Christopher McAnany to John R. Mallory regarding 2950 Great Plains Drive | FRE 106, 802, 901, 1002 | DEF 0192 |
| 02/19/2007 | Correspondence from Donald Hilleary, PE of Maverick Engineering, LLC to Ridemore Enterprise regarding review of Simpson Bracket for a Redwood Deck | FRE 106, 701, 802, 901, 1002 | DEF 0193 |
| 03/09/07 | Correspondence to Ridemore Enterprises from Edward Morris of Grand Junction Lincoln Devore, Inc regarding geotechnical/construction materials consultation services | FRE 106, 701, 802, 901, 1002 | DEF 0194-0197 |

| | | | |
|---|---|---|---|
| 04/03/07 | Correspondence from Edward M. Morris, Principal Engineer for Grand Junction Lincoln-DeVore, Inc., Geotechnical Engineers regarding drainage and drainage improvements | FRE 106, 701, 802, 901, 1002 | DEF 0198-0199 |
| 04/16/2007 | Correspondence from Christopher McAnany to Don McBee regarding Jensen/FamFirst Home Builders, Inc.'s settlement agreement | FRE 106, 802, 901, 1002 | DEF 0200-0201 |
| 04/26/2007 | Correspondence from Gail Jensen to Chris McAnany regarding breech of settlement by Ridemore Enterprise | FRE 106, 802, 901 | DEF 0202-0203 |
| | Certificate of occupancy for 2950 Great Plains Drive | FRE 106, 701, 802, 901, 1002 | DEF 0208 |
| | Closing Information Sheet for 2950 Great Plains Drive and Gail Jensen | FRE 106, 701, 802, 901, 1002 | DEF 0216 |
| | Spreadsheet of 2950 Great Plains basement finish costs, with handwritten notes | FRE 106, 802, 901, 1002 | DEF 0217 |
| | Plats for 2950 Great Plains Drive | FRE 106, 901, 1002 | DEF 0262-0270 |
| | Red Tail Ridge Subdivision plat and legal descriptions | FRE 106, 701, 901, 1002 | DEF 0271-0290 |
| | Truss Plans | FRE 106, 701, 901, 1002 | DEF 0291-0360 |
| 02/23/05 | Square Footage Disclosure for 2950 Great Plains Drive | FRE 106, 701, 901, 1002 | DEF 0384-0385 |
| 02/23/05 | Seller's Property Disclosure (Residential) for 2950 Great Plains drive | FRE 106, 1002 | DEF 0386-0390 |
| 06/02/05 | MLS Listing sheet for 2950 Great Plains Drive with New Listing Checklist created by Winona Schwartz | FRE 106, 802, 901, 1002 | DEF 0393-0394 |

| 07/07/05 | Minor Listing Changes for MLS Listing Number 1016102 | FRE 106, 802, 901, 1002 | DEF 0397-0399 |
|---|---|---|---|
| 10/12/05 | Restated Declaration of Covenants, Conditions and restrictions for Red Tail Ridge Subdivision recorded in Mesa County at Reception No. 2280505 | FRE 106, 901, 1002 | DEF 0400-0426 |
| 01/18/06 | Square Footage Disclosure for 2950 Great Plains Drive | FRE 106, 901, 1002 | DEF 0429-0430 |
| 01/18/06 | Seller's Property Disclosure (Residential) for 2950 Great Plains drive | FRE 106, 1002 | DEF 0431-0435 |
| 01/31/06 | Initial Title Commitment from United Title Company for 2950 Great Plains Drive | FRE 106, 1002 | DEF 0437-0446 |
| 01/31/06 | Agreement to Amend/Extend Contract between FamFirst Homebuilders, Inc. and Gail Jensen | FRE 106, 1002 | DEF 0447-0448 |
| 02/02/06 | Undated Title Commitment from United Title Company for 2950 Great Plains Drive | FRE 106, 1002 | DEF 0449-0457 |
| 02/03/06 | Improvement Location Certificate issued by Surveyit, Inc. | FRE 106, 1002 | DEF 0458 |
| 02/06/06 | Common Interest Community (CIC) Documents Receipt and Disclosure to Buyer signed by Gail Jensen | FRE 106, 1002 | DEF 0459 |
| 02/16/06 | Buyers/Borrowers Closing Statement Final signed by Gail Jensen | FRE 106, 1002 | DEF 0460 |
| 02/16/06 | United Title Company's Closing Statement Final | FRE 106, 1002 | DEF 0461 |
| 02/16/06 | Checklist of documents for 2950 Great Plains Drive | FRE 106, 1002 | DEF 0467 |

| 09/13/06 | Undated Title Commitment from United Title Company for 2950 Great Plains Drive | FRE 106, 1002 | DEF 0469-0478 |
|---|---|---|---|
| 04/25/07 | Cleared check and invoice from Residential Commercial Inspectors in the amount of $562.00 | FRE 106, 1002 | DEF 0479-0480 |
| 05/03/07 | Cleared check and invoice from Grand Junction Lincoln Devore in the amount of $187.50 | FRE 106, 1002 | DEF 0481-0486 |
| | Various Listing sheets | FRE 106, 1002 | DEF 0489-495 |
| | Mesa County Multiple Listing Service Residential Profile | FRE 106, 1002 | DEF 0496 |
| | Handwritten notes regarding repairs to the Great Plains property | FRE 106, 802, 901, 1002 | DEF 0497-0500 |
| | Photographs | FRE 106, 901, 1002 | DEF 0501-0506 |
| | List of all repairs performed by FamFirst according to emails from Ms. Jensen and inspection reports from John Schumacher. | FRE 106, 802, 901, 1002 | DEF 0595-0596 |
| | Monarch HVAC Job Invoice no. 1800 to Ridemore Enterprises, Inc. in the amount of $624.00 | FRE 106, 802, 901, 1002 | DEF 0597 |
| | Subcontractor Amendments and various invoices pertaining to the rebuild/repair of the deck on the Home. | FRE 106, 802, 901, 1002 | DEF 0598-0603 |
| | Invoice from Wilson Construction to Ridemore Enterprises, Inc. in the amount of $200.00 for framing labor on the Home. | FRE 106, 802, 901, 1002 | DEF 0604 |
| | Invoice from Accurate Concrete Cutting to Ridemore Enterprises, Inc. in the amount of $170.00 for hand sawing on the Home. | FRE 106, 802, 901, 1002 | DEF 0605 |

8

|  | Invoice no. 92883 from Lincoln DeVore to Ridemore Enterprises, Inc. pertaining to engineer/site observation, engineer consultation, and engineer/report writing in the amount of $187.50 for the Home. | FRE 106, 802, 901, 1002 | DEF 0606 |
|---|---|---|---|
|  | Invoice no. 74 from A Perfect Stone Landscaping & Supply, LLC to Ridemore Enterprises, Inc. in the amount of $1000.00 for the Home. | FRE 106, 802, 901, 1002 | DEF 0607 |
|  | Invoice no. W2070364 from Grand Junction Pipe & Supply Company to Ridemore Enterprises, Inc. in the amount of $167.99 for the Home. | FRE 106, 802, 901, 1002 | DEF 0608 |
|  | Invoice nos. 412844, 412845 from The Rock Shop to Ridemore Enterprises, Inc. in the amounts of $128.62 and $172.58, respectively, for the Home. | FRE 106, 802, 901, 1002 | DEF 0609-0610 |
|  | Invoice no. 2319 from BFA Group, LLC to Ridemore Enterprises, Inc. in the amount of $556.86 for repair of broken hinges, drywall cracks, etc., for the Home. | FRE 106, 802, 901, 1002 | DEF 0611 |
|  | Invoice no. 9842 from Alpine Building Supply to Ridemore Enterprises, Inc. in the amount of $2.93 for the Home. | FRE 106, 802, 901, 1002 | DEF 0612 |
|  | Warranty Schedule for the Home. | FRE 106, 802, 901, 1002 | DEF 0613-0614 |
|  | Status report on warranty work pertaining to work performed on the Home. | FRE 106, 802, 901, 1002 | DEF 0615-0617 |
|  | Invoice nos. 86489, 86641, 87786, 88056, 89523, 92369, and 94289 for Concrete work pertaining to the Home. From Whitewater Building Materials to Ridemore Enterprises, Inc.; date range; 7/01/05-1/05/06. | FRE 106, 802, 901, 1002 | DEF 0618-0624 |

9

|  | Cost estimate for the Home, broken down by specific job. | FRE 106, 802, 901, 1002 | DEF 0627-0628 |
|---|---|---|---|
|  | Handwritten notes by Ed Duessen relating to repairs made to the Home. | FRE 106, 802, 901, 1002 | DEF 0629-0631 |
| 06/22/2005 | Invoice No. 86019 from Whitewater Building Materials to Ridemore Enterprise, Inc., in the amount of $1,334.80 | FRE 106, 802, 901, 1002 | DEF 0632 |
| 06/23/2005 | Invoice No. 86077 from Whitewater Building Materials to Ridemore Enterprise, Inc., in the amount of $3,288.74 | FRE 106, 802, 901, 1002 | DEF 0633 |
| 06/27/2005 | Invoice No. 86223 from Whitewater Building Materials to Ridemore Enterprise, Inc., in the amount of $1,055.38 | FRE 106, 802, 901, 1002 | DEF 0634 |
| 07/18/2005 | Invoice No. 87122 from Whitewater Building Materials to Ridemore Enterprise, Inc., in the amount of $1,432.33 | FRE 106, 802, 901, 1002 | DEF 0635 |
| 05/23/2005 | Ridemore Enterprise, Inc., purchase/work orders order #4938 from Whitewater Building Materials Corp. for foundation gravel | FRE 106, 802, 901, 1002 | DEF 0668-748 |
| 07/14/2006 | Final Geologic Review and Soils Engineering Report, Red Tail Ridges Filing 2, Grand Junction, Colorado. Prepared for La Cima II, LLC, Grand Junction, CO and prepared by CAPSTONE ENTERPRISES WEST, LLC, Geotechnical and Mining Engineering Testing and Inspection Services. Cover page. | FRE 106, 701, 802, 901, 1002 | DEF 0749-797 |
| 11/04/2008 | State of Colorado: Office of Barber and Cosmetology Licensure, Letter from Ofelia Duran | FRE 106, 802, 901, 1002 | DEF 0839 |

| | | | |
|---|---|---|---|
| 10/31/2008 | City of Grand Junction: Letter from City Records Manager, Melinda Catapano regarding 10/20/08 Open Records Request | FRE 106, 802, 901, 1002 | DEF 0840 |
| 01/05/2009 | Whitewater Building Materials letter regarding Cement Type | FRE 106, 701, 802, 901, 1002 | DEF 0841, 0886 |
| | Phoenix Cement news article: Class F Fly Ash Improves Sulfate Resistance | FRE 106, 701, 802, 901, 1002 | DEF 0842 – DEF 0843 |
| 09/24/1999 | Phoenix Cement: Table of ASTM C 1012: Length Change of Hydraulic Cement Mortars Exposed to a Sulfate Solution | FRE 106, 701, 802, 901, 1002 | DEF 0844 |
| | Phoenix Cement: Table of ASTM C 1012 Sulfate Resistance | FRE 106, 701, 802, 901, 1002 | DEF 0845 |
| 11/05/2003 | Holcim (US), Inc. letter to Doug Wolf regarding Type V Cement and High Sulfate Resistance | FRE 106, 701, 802, 901, 1002 | DEF 0846 – DEF 0848 |
| July 2007 | Holcim (US), Inc. Material Certification Report regarding Portland Cement | FRE 106, 701, 802, 901, 1002 | DEF 0849 |
| 08/07/2002 | Grand Junction Lincoln DeVore, Inc. letter to Jay Kee Jacobson regarding Surficial Geology Investigation of the Red Tail Subdivision | FRE 106, 701, 802, 901, 1002 | DEF 0850 – DEF 0856 |
| | Bid for Construction, Cole & Company Builders, LLC | FRE 106, 701, 802, 901, 1002 | DEF 0857 |
| | Summary and copies of United Title Insurance Commitments | FRE 106, 701, 802, 901, 1002 | DEF 914-2086 |

|   | Documents produced by the Department of Regulatory Agencies, Division of Real Estate pursuant to Public Records Request – Winona Schwartz, Fred Schwartz, and John Huff, Case Nos. 2006 121303, 2006 121304, 2006 121305; Complainant: Gail Jensen. | FRE 106, 701, 802, 901, 1002 | DORA 002 – 003 |
|---|---|---|---|
|   | Coldwell Banker file documents for David J. Gosz, 2961 Circling Hawk Court, Grand Junction, CO 81503. | FRE 106, 802, 1002 | DEF 0897 – 908 DEF 0936-945 |
|   | Summary of Soil Related Disclosures for all lot Sales in Red Tail Ridge Subdivision. | All objections reserved – summary not yet produced |   |
|   | Coldwell Banker file documents for Lyle J. and Lessy A. Empey for 2953 Circling Hawk Street, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 0970 – DEF 0980 |
|   | Coldwell Banker file documents for Justin and Heather Fortenberry, 2951 Circling Hawk Street, Grand Junction, CO 81503. | FRE 106, 802, 1002 | DEF 01043 – DEF 01052 |
|   | Coldwell Banker file documents for Virginia C. Watson, 2954 Circling Hawk Street, Grand Junction, CO 81503. | FRE 106, 802, 1002 | DEF 1108– DEF 01113 |
|   | Coldwell Banker file documents for Patrick and Linda Garey, 2954 Great Plains Drive, Grand Junction, CO 81503. | FRE 106, 802, 1002 | DEF 01169 – DEF 01179 |
|   | Coldwell Banker file documents for Troy and Sandra Russell, 126 Dry Creek Rd., Grand Junction, CO 81503. | FRE 106, 802, 1002 | DEF 01193 – DEF 01240 |
|   | Coldwell Banker file documents for Pat J. and Jackie S. Clymer, 2958 Circling Hawk Court, Grand Junction, CO 81503. | FRE 106, 802, 1002 | DEF 01241 – DEF 01266 |

|  | Coldwell Banker file documents for Raymond Rodriguez, 2962 Circling Hawk Court, Grand Junction, CO 81503. | FRE 106, 802, 1002 | DEF 01267 – DEF 01308 |
|---|---|---|---|
|  | Coldwell Banker file documents for Mark L. and Dawn Rose Dunham, 2956 Circling Hawk Court, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 01309 – DEF 01359 |
|  | Coldwell Banker file documents for Mark Dunham, 2963 Circling Hawk Court, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 01360 – DEF 01388 |
|  | Coldwell Banker file documents for David Brummit, 133 Buena Vista Drive, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 01389 – DEF 01411 |
|  | Coldwell Banker file documents for Eugene and Glynis Keefer, 132 Buena Vista Drive, Grand Junction, CO 81503. | FRE 106, 802, 1002 | DEF 01421 – DEF 01431 |
|  | Coldwell Banker file documents for Patrick W. and Sheryl M. Click, 2955 Great Plains Drive, Grand Junction, CO 81505 | FRE 106, 802, 1002 | DEF 01444 – DEF 01453 1472-1473 |
|  | Coldwell Banker file documents for Jody and Terry LaBounty, 2950 Circling Hawk Street, Grand Junction, CO 81503. | FRE 106, 802, 1002 | DEF 01528 – DEF 01538 1551-1552 |
|  | Coldwell Banker file documents for Chad E. and Tracy Lynne Gettman, 2952 Circling Hawk Street, Grand Junction, CO 81503. | FRE 106, 802, 1002 | DEF 01564 – DEF 01577 |
|  | Coldwell Banker file documents for Keith, Mike and Connie Bell, 2960 Circling Hawk Court, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 01616 – DEF 01624 |
|  | Coldwell Banker file documents for Gary E. and Lori-Ann Parrott, 2960 Great Plains Drive, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 01636 – DEF 01646 |

|  | Description | Objections | Bates |
|---|---|---|---|
|  | Coldwell Banker file documents for Stephen M. Barten and Pamela A. Barten, 2959 Great Plains Drive, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 01669 – DEF 01682 1686-1693 |
|  | Coldwell Banker file documents for Robert L. and Sandra G. Hall, 2952 Great Plains Drive, Grand Junction, CO 81505 | FRE 106, 802, 1002 | DEF 01696 – DEF 01728 |
|  | Coldwell Banker file documents for Thomas R. and Karen C. Keefe, 2953 Great Plains Drive, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 01729 – DEF 01760 |
|  | Coldwell Banker file documents for Leonard P. Piscotta and Sandra L. Strader, 127 Dry Creek Road, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 01761 – DEF 01798 |
|  | Coldwell Banker file documents for Chris Kopanos, 125 Dry Creek Road, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 01799 – DEF 01837 |
|  | Coldwell Banker file documents for Mary H. Lasley, 2951 Great Plains Drive, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 01838 – DEF 01881 |
|  | Coldwell Banker file documents for Donald L. Moran, 128 Dry Creek Road, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 01882 – DEF 01935 |
|  | Coldwell Banker file documents for Jose Serrano and Maria Serrano, 2962 Great Plains Drive, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 01936 – DEF 01976 |
|  | Coldwell Banker file documents for William D and Jane E. Taylor, 2961 Great Plains Drive, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 01977 – DEF 02011 |
|  | Coldwell Banker file documents for Matthew Makowski and Mary E. Billings, 2963 Great Plains Drive, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 02012 – DEF 02043 |

|  |  |  |  |
|---|---|---|---|
|  | Coldwell Banker file documents for Arnet and Ana-Maria Day, 131 Dry Creek Road, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 02044 – DEF 02077 |
|  | Coldwell Banker file documents for Darrel W. and Kimberly M. Hoyt, 2957 Great Plains Drive, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 02078 – DEF 02130 |
|  | Coldwell Banker file documents for Trevor Deon Skjerpen, 129 Dry Creek Road, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 02131 – DEF 02186 |
|  | Coldwell Banker file documents for Michael K. Wright and Stephanie Hayes, 130 Dry Creek Road, Grand Junction, CO 81503 | FRE 106, 802, 1002 | DEF 02187 – DEF 02220 |
| 02/20/2003 | Coldwell Banker file documents for the Soil Report prepared by Lincoln DeVore, Inc. | FRE 106, 701, 802, 901, 1002 | DEF 02221 – DEF 02272 |
|  | Coldwell Banker file documents: Red Tail Ridge Marketing Information | FRE 106, 802, 1002 | DEF 02273 – DEF 02321 |
| 02/02/2005 | Affidavit of Correction: Regarding Plat of Red Tail Ridge Subdivision, recorded 02/02/2005 | FRE 106, 802, 1002 | DEF 02322 |
| 10/29/2008 | Photographs of Jensen Residence by Dan Wilkins, Wilkins Engineering, LLC. | FRE 106, 802, 901, 1002 | WILKINS 0001 – 0181 |
|  | Western Colo. Testing Subsurface Soils Exploration | FRE 106, 701, 802, 1002 | WCT 04-11 |
|  | Western Colo. Testing Subsurface Soils Exploration | FRE 106, 701, 802, 1002 | WCT 012-019 |
|  | Western Colo. Testing Subsurface Soils Exploration | FRE 106, 701, 802, 1002 | WCT 041-060 |
|  | Western Colo. Testing Subsurface Soils Exploration | FRE 106, 701, 802, 1002 | WCT 060-076 |

|  | WCT Building Pad Observation, test results, and inspection records | FRE 106, 701, 802, 1002 | WCT 255-263 |
|---|---|---|---|
|  | Appraisal Report, Hughes Appraisal Service | FRE 106, 701, 802, 901, 1002 | DEF 0863-0885 |
|  | Review of Geotechnical Conditions, HP Geotech | FRE 106, 701, 802, 901, 1002 | DEF 0825-0838 |
|  | Recommended Repair Costs, Mays Const. Specialties | FRE 106, 701, 802, 901, 1002 | DEF 0887-0892 |
|  | Plaintiff's Interrogatory Responses | FRE 106, 1002 |  |
|  | Plaintiff's affidavit(s) in the Court file | FRE 106, 1002 |  |
|  | Plaintiff's deposition transcript | FRE 106, 404, 405, 408, 501, 608, 802, 1002 |  |
|  | Documents referenced in Plaintiff's deposition transcript | Objection – documents not adequately identified.  All objections reserved. |  |
|  | Letter to Plaintiff's counsel from Defendants' Counsel, November 27, 2007 | Objection – documents not adequately identified.  All objections reserved. |  |
|  | WCT building pad testing letter with signature of Plaintiff | FRE 106, 701, 802, 901, 1002 | PLTF 108-109 |
|  | Letter from Famfirst, 5/16/06 | FRE 106, 802, 901, 1002 | PLTF 127 |
|  | Grand Junction Lincoln Devore letter 6/26/06 | FRE 106, 701, 802, 901, 1002 | PLTF 175-203 |
|  | Email from Bob Lee, 9/19/06 | FRE 106, 1002 | PLTF 218-219 |
|  | Letter to John Mallory, 9/20/06 | FRE 106, 1002 | PLTF 220 |

| | | | |
|---|---|---|---|
| | Letter to Don McBee, 4/16/07 | FRE 106, 1002 | PLTF 235-236 |
| | Letter to C. McAnany from Plaintiff, 4/26/07 | FRE 106, 1002 | PLTF 238-239 |
| | Broker Contract between G. Jensen and GJ Real Source, Inc. | FRE 106, 1002 | PLTF 424-430 |
| | TIL Disclosure | FRE 106, 1002 | PLTF 467 |
| | Uniform Residential Loan App | FRE 106, 1002 | PLTF 470-475 |
| | CIC Document Receipt and Plat Copy | FRE 106, 1002 | PLTF 476-477 |
| | CIC Document Receipt and Plat Copy | FRE 106, 1002 | PLTF 476-477 |
| | Deed of Trust, Wells Fargo Bank, N.A. 2950 Great Plains Drive | FRE 106, 1002 | |
| 2004 | Plaintiff's 2004 Federal Tax Return | FRE 106, 501, 608, 1002 | PLTF 570-585 |
| 2005 | Plaintiff's 2005 Federal Tax Return | FRE 106, 501, 608, 1002 | PLTF 586-604 |
| 2006 | Plaintiff's 2006 Federal Tax Return | FRE 106, 501, 608, 1002 | PLTF 608-616 |
| 2007 | Plaintiff's 2007 Federal Tax Return | FRE 106, 501, 608, 1002 | PLTF 617-629 |
| | Roommate Agreement and Leases | FRE 106, 1002 | PLTF 630-636 |
| | Coffee News Operations Manual | FRE 106, 1002 | PLTF 637-642 |
| | documents from Plaintiff's Bankruptcy Court File, including, but not limited to: | FRE 106, 404, 405, 406, 408, 501, 608, 901, 1002 (for all bankruptcy docs) | |
| 12/07/2007 | Voluntary Petition | | |

| | | | |
|---|---|---|---|
| 12/07/2007 | Chapter 13 Plan Summary, with attachments | | |
| 12/07/2007 | Chapter 13 Statement of Current Monthly Income | | |
| 12/12/2007 | Chapter 13 Plan summary | | |
| 01/18/2008 | Motion for Adequate Protection and Relief from Stay, Wells Fargo, N.A., (with attachments) | | |
| 01/29/2008 | Opposition to motion for Relief from Stay | | |
| 01/31/2008 | Statement of Financial Affairs Amended | | |
| 03/12/2008 | Motion for Relief from Stay | | |
| 03/25/2008 | Statement of Financial Affairs Amended | | |
| 03/25/2008 | Schedule A Real Property Amended | | |
| 03/31/2008 | Debtors Supplement to Opposition to Motion to Lift Stay | | |
| 05/15/2008 | Order Confirming Debtor's Plan No. 2, 5/14/08 | | |
| 05/28/2008 | Motion to Lift Automatic Stay to Allow Lawsuit to Proceed | | |
| 06/25/2008 | Affidavit of Noncompliance and Breach | | |
| 06/27/2008 | Ex Parte Order Terminating the Automatic Stay for Failure to Cure | | |
| 10/22/2008 | Supplemental Exhibit to Motion for Relief | | |

Dated this 7th day of April 2009.

           Respectfully Submitted,

           *s/ Devi C. Yorty*
           Devi C. Yorty
           Hall & Evans, L.L.C.
           1125 Seventeenth Street, Suite 600
           Denver, Colorado 80202-2052
           Telephone:   (303) 628-3300
           Facsimile:    (303) 628-3368
           yortyd@hallevans.com

           and

           Mark W. Nelson
           The Nelson Law Firm, L.L.C.
           1722 Humboldt Street
           Denver, CO 80218
           Telephone:   (303) 861-0750
           Facsimile:    (303) 861-0751
           mark@nelsonlawfirm.net

           **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 7th day of April 2009, I electronically filed **PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED TRIAL EXHIBITS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following E-mail addresses:

*Attorneys for Defendants:*

Christopher Graham McAnany
Dufford, Waldeck, Milburn & Krohn, LLP
744 Horizon Court #300
Grand Junction, CO 81506
**davis@dwmk.com**

*Co-Counsel for Plaintiff:*

Mark W. Nelson
THE NELSON LAW FIRM, L.L.C.
1722 Humboldt Street
Denver, CO 80218
**mark@nelsonlawfirm.net**

s/ Summer Witt, Legal Assistant to
Devi C. Yorty
HALL & EVANS, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202
Telephone:  (303) 628-3300
Facsimile:    (303) 628-3368
yortyd@hallevans.com

**ATTORNEYS FOR PLAINTIFF**