IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:  May 15, 2009

Deputy Clerk:      Nel Steffens
Court Reporter:    Suzanne Claar

**Civil Action No.  07–cv–01938–REB–BNB**

| *Parties:* | *Counsel:* |
|---|---|
| GAIL JENSEN, | Devi Yorty |
|  | Mark Nelson |
| Plaintiff, |  |
| v. |  |
| FAMFIRST HOME BUILDERS, INC., a Colorado corporation, RIDEMORE ENTERPRISES, INC., a Colorado corporation, and JOEL A. MAHNKE, | Christopher McAnany |
| Defendants. |  |

## COURTROOM MINUTES

**Trial Preparation Conference**

**1:32 p.m.**     Court in session.

Appearances of counsel.

Opening statements by the court.

Court's findings regarding defendants' motion for transfer.

**IT IS ORDERED as follows:**

    1.    That the **Defendants' Motion for Interdivisional Transfer** [#85], filed

March 4, 2009, is **DENIED.**

Court reviews pronunciation of witness' names.

Court reviews its trial procedures.

Opening statements will be limited to thirty minutes; closing arguments will be limited to forty-five minutes.

Discussion regarding estimated length of trial.

Discussion regarding the parties' joint exhibit list.

Court directs counsel to Magistrate Judge Boland's chambers to schedule a settlement conference.

**1:50 p.m.**     Court in recess.

Total time in court:   00:18

Hearing concluded**.**