IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01938-REB-BNB

GAIL JENSEN,

Plaintiff,

v.

FAMFIRST HOME BUILDERS, INC., a Colorado corporation,
RIDEMORE ENTERPRISES, INC., a Colorado corporation, and
JOEL A. MAHNKE,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved, subject to one contingency which must be satisfied, if at all, on or before June 9, 2009.  Accordingly,

IT IS ORDERED that on or before June 10, 2009, at 12:00 noon, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a), or a motion to administratively close the case pursuant to D.C.COLO.LCivR 41.2.

Dated June 8, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge