**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01938-REB-BNB

GAIL JENSEN,

    Plaintiff,

v.

FAMFIRST HOME BUILDERS, INC., a Colorado corporation,
RIDEMORE ENTERPRISES, INC., a Colorado corporation, and
JOEL A. MAHNKE,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter before me is the **Stipulated D.C.COLO.LCivR 41.2 Motion To Administratively Close Matter Pending Performance of Settlement Agreement** [#111] filed June 10, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be administratively closed. Any party may seek to re-open this case on a showing of good cause. *See* D.C.COLO.LCivR 41.2.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated D.C.COLO.LCivR 41.2 Motion To Administratively Close Matter Pending Performance of Settlement Agreement** [#111] filed June 10, 2009, is **GRANTED**;

    2. That any pending pretrial motion, including defendant's motion in limine [#100]

filed April 20, 2009, is **DENIED AS MOOT**;

    3.  That the jury trial set to commence June 15, 2009, is **VACATED**; and

    4.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated June 11, 2009, at Denver, Colorado.

                          BY THE COURT:

                          */s/ Robert E. Blackburn*
                          Robert E. Blackburn
                          United States District Judge