**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-01938-REB-BNB

GAIL JENSEN,

Plaintiff,

v.

FAMFIRST HOME BUILDERS, INC., a Colorado corporation,
RIDEMORE ENTERPRISES, INC., a Colorado corporation, and
JOEL A. MAHNKE,

Defendants.

---

**ORDER AWARDING COSTS**

---

**Blackburn, J.**

This matter is before me *sua sponte*. In an order [#126][1] entered on October 8, 2009, I ordered the entry of judgment in favor of the plaintiff and against each of the three defendants. In addition, I awarded to the plaintiff her costs against defendant Famfirst Home Builders, Inc., but not against the other two defendants. Under FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1, costs should be awarded to the plaintiff against each of the defendants.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff is **AWARDED** her costs, jointly and severally, against the defendants, Famfirst Home Builders, Inc., Ridemore Enterprises, Inc., and Joel A. Mahnke, to be taxed by the Clerk of the Court pursuant to FED. R. CIV. P.

---

[1] "[#126]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

54(d)(1) and D.C.COLO.LCivR 54.1; and

2. That the judgment entered in this case **SHALL INCLUDE** the award of costs stated in this order.

Dated October 14, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge